■ GARY HOTALING et al., Respondents, v CORNING INCORPORATED, Appellant. (Appeal No. 2.) [784 NYS2d 464]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered August 7, 2003. The order denied defendant's motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.